UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT DICK,**

    Petitioner,

v.                                          CASE NO. 5:18cv35-MCR-MJF

**SECRETARY OF THE DEPARTMENT OF CORRECTIONS,**

    Respondent.
_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated April 16, 2019. ECF No. 26. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 26, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Robert Michael Dick, III*, Bay County Circuit Court Case No. 2012-CF-2598, is **DISMISSED WITH PREJUDICE**.

3. Respondent's motion to dismiss the petition as untimely, ECF No. 22, is **DENIED WITHOUT PREJUDICE**.

4. The Clerk of Court is directed to close the file.

5. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of September 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**